# DEAN WHIPPLE, CHIEF JUDGE
## UNITED STATES DISTRICT COURT
### 8462 Charles Evans Whittaker Courthouse
### 400 East 9th Street
### Kansas City, Missouri 64106

June 9, 2004

RECEIVED 2004 JUN 10 P 2:5 FINANCIAL DISCLOSURE OFFICE

The Honorable Mary M. Lisi, Chair
Committee on Financial Disclosure
Administrative Office of the United States Courts
One Columbus Circle, N.E., Suite 2-301
Washington, D.C. 20544

Re: Amendment to 2003 Financial Disclosure Report

Dear Judge Lisi:

In response to your letter of June 3, 2004, I am enclosing an original and three copies of this letter as an amendment to my annual financial disclosure report for the calendar year 2003. Would you please acknowledge receipt of this amendment.

I appreciate your advising me of my inadvertent omission of the value code for Column D(3) in Part VII, page 3, line 41, which was the acquisition of Van Kampen Mutual Fund. **Please be advised that the proper entry for this value code is "J."**

Thank you for giving me the opportunity to amend my 2003 Financial Disclosure Report. If there are any other questions or problems, I would be pleased to try to clarify them. Thank you for your consideration.

Very truly yours,



DEAN WHIPPLE
DISTRICT JUDGE

DW:pls

Enclosures

| AO-10<br>Rev. 1/2004 | FINANCIAL DISCLOSURE REPORT<br>Calendar Year 2003 | Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |
|---|---|---|

| 1. Person Reporting (Last name, First name, Middle initial)<br>WHIPPLE, HAROLD "DEAN" D | 2. Court or Organization<br>Western District of Missouri | 3. Date of Report<br>05/03/2004 |
|---|---|---|
| 4. Title (Article III Judges indicate active or senior status; magistrate judges indicate full- or part-time)<br>U. S. DISTRICT JUDGE (Active) | 5. ReportType (check appropriate type)<br>◯ Nomination.  Date<br>◯ Initial  ⊙ Annual  ◯ Final | 6. Reporting Period<br>01/01/2003<br>to<br>12/31/2003 |
| 7. Chambers or Office Address<br>8462 Chas. Evans Whittaker Crt<br>400 East 9th Street<br>Kansas City, MO 64106 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

# I. POSITIONS. (Reporting individual only; see pp. 9-13 of filing instructions)

☑ **NONE** - (No reportable positions.)

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |

RECEIVED 2004 MAY -4 P 2:43 FINANCIAL DISCLOSURE OFFICE

# II. AGREEMENTS. (Reporting individual only; see pp. 14-16 of filing instructions)

☐ **NONE** - (No reportable agreements.)

| DATE | PARTIES AND TERMS |
|---|---|
| 1. 1/6/75 | I have a vested right in Missouri Judicial Retirement Program under 476.680, R.S. MO.(1986). My vested term is 1/6/75-12/31/87. I was divorced 4/28/94. |

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | WHIPPLE, HAROLD "DEAN" D | 05/03/2004 |

## III. NON-INVESTMENT INCOME (Reporting individual and spouse; see pp. 17-24 of filing instructions)

### A. Filer's Non-Investment Income

☐ **NONE** - (No reportable non-investment income.)

| | DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | 2003 | Missouri Judges Retirement System - vested pension referred to under Sec. II. | $38,601.88 |

### B. Spouse's Non-Investment Income - (If you were married during any portion of the reporting year, please complete this section. (dollar amount not required except for honoraria)

☑ **NONE** - (No reportable non-investment income.)

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |

## IV. REIMBURSEMENTS– transportation, lodging, food, entertainment.

(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)

☑ **NONE** - (No such reportable reimbursements.)

| | SOURCE | DESCRIPTION |
|---|---|---|
| 1. | | |

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | WHIPPLE, HAROLD "DEAN" D | 05/03/2004 |

## V. GIFTS. (Includes those to spouse and dependent children. See pp. 28-31 of instructions.)

☑ **NONE** - (No such reportable gifts.)

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |

## VI. LIABILITIES. (Includes those of spouse and dependent children. See pp. 32-34 of instructions.)

☑ **NONE** - (No reportable liabilities.)

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| WHIPPLE, HAROLD "DEAN" D | 05/03/2004 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A -H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| ☐ NONE (No reportable income, assets. or transactions) | | | | | | | | | |
| 1. Mass.Cap.Dev.Fnd.(com.stock) | A | Interest | J | T | | | | | |
| 2. ▮▮▮▮▮(IRA's) cash equivalent | C | Interest | K | T | | | | | |
| 3. Woodlands, ▮▮▮MO | | None | L | W | | | | | |
| 4. Woodlands, ▮▮▮ MO | | None | K | W | | | | | |
| 5. Office Bldg., ▮▮▮MO | | None | K | W | | | | | |
| 6. 1/2 Owner woodlands, ▮▮▮ MO | | None | J | W | | | | | |
| 7. 1/3 Owner woodlands, ▮▮▮ MO | | None | K | W | | | | | |
| 8. GMAC | C | Interest | M | T | | | | | |
| 9. ▮▮▮Accounts | A | Interest | M | T | | | | | |
| 10. Hickory Co. MO (Weaubleau) School Dist. R-III Mun. Bonds | C | Interest | K | T | | | | | |
| 11. Benton Co. MO (Warsaw) School Dist. 9 Mun. Bonds | B | Interest | K | T | | | | | |
| 12. Hickory Co. MO (Skyline) R-1 School Dist. Mun. Bonds | B | Interest | K | T | | | | | |
| 13. Com Prod. Int'l. com. stock | A | Dividend | J | T | | | | | |
| 14. Nationwide Fixed Annuity | A | Interest | J | T | | | | | |
| 15. Vail Resort, Inc. (common) | | None | J | T | | | | | |
| 16. ▮▮▮Account ▮▮▮ | C | Interest | M | T | | | | | |
| 17. Coca Cola Co. | B | Dividend | M | T | | | | | |
| 18. Cisco Systems, Inc. (common) | | None | J | T | | | | | |

1. Income/Gain Codes:    A = $1.000 or less    B = $1.001-$2,500    C = $2,501-$5.000    D = $5.001-$15.000    E = $15.001-$50.000
   (See Columns B1 and D4)    F = $50.001-$100.000    G = $100.001-$1.000.000    H1 = $1,000,001-$5,000,000    H2 = More than $5.000.000

2. Value Codes:    J = $15,000 or less    K = $15.001-$50.000    L = $50.001-$100.000    M = $100.001-$250.000
   (See Columns C1 and D3)    N = $250.000-$500.000    O = $500.001-$1.000.000    P1 = $1.000.001-$5.000.000    P2 = $5.000.001-$25.000.000
   P3 = $25.000.001-$50.000.000    P4 = $More than $50.000.000

3. Value Method Codes    Q = Appraisal    R = Cost (Real Estate Only)    S = Assessment    T = Cash/Market
   (See Column C2)    U = Book Value    V = Other    W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| WHIPPLE, HAROLD "DEAN" D | 05/03/2004 |

## VII. INVESTMENTS and TRUSTS-- income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 19. Dreyfus Gen. Mun. Fund | A | Dividend | | | Sell | 05/14 | K | A | |
| 20. BP Amoco (common) | A | Dividend | J | T | | | | | |
| 21. Cyberonics, Inc. (common) | | None | J | T | | | | | |
| 22. Emerson Electric (common) | A | Dividend | K | T | | | | | |
| 23. H. J. Heinz (common) | A | Dividend | K | T | | | | | |
| 24. Home Depot (common) | A | Dividend | J | T | | | | | |
| 25. HSBC Holding (formerly Household Finance) | A | Dividend | J | T | | | | | |
| 26. Lucent Technology (common) | A | Dividend | J | T | | | | | |
| 27. Pfizer (common) | B | Dividend | L | T | | | | | |
| 28. Conoco Phillips (common) | A | Dividend | J | T | | | | | |
| 29. Pepsico, Inc. (common) | A | Dividend | K | T | | | | | |
| 30. SBC Comm. (common) | A | Dividend | J | T | | | | | |
| 31. Union Pacific (common) | A | Dividend | J | T | | | | | |
| 32. Chicago, IL O'Hare Int'l. Airport Municipal Bonds | A | Interest | K | T | | | | | |
| 33. Universal (common) | A | Dividend | K | T | | | | | |
| 34. St. Anthony Med. Ctr. Mun. Bond | B | Interest | K | T | | | | | |
| 35. General Electric Co. | A | Interest | J | T | | | | | |
| 36. Del Monte Foods | | None | J | T | | | | | |

1. Income/Gain Codes:     A = $1,000 or less     B = $1,001-$2,500     C = $2,501-$5,000     D = $5,001-$15,000     E = $15,001-$50,000
   (See Columns B1 and D4)     F = $50,001-$100,000     G = $100,001-$1,000,000     H1 = $1,000,001-$5,000,000     H2 = More than $5,000,000
2. Value Codes:     J = $15,000 or less     K = $15,001-$50,000     L = $50,001-$100,000     M = $100,001-$250,000
   (See Columns C1 and D3)     N = $250,000-$500,000     O = $500,001-$1,000,000     P1 = $1,000,001-$5,000,000     P2 = $5,000,001-$25,000,000
       P3 = $25,000,001-$50,000,000     P4 = $More than $50,000,000
3. Value Method Codes     Q = Appraisal     R = Cost (Real Estate Only)     S = Assessment     T = Cash/Market
   (See Column C2)     U = Book Value     V = Other     W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| WHIPPLE, HAROLD "DEAN" D | 05/03/2004 |

## VII. INVESTMENTS and TRUSTS– income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A -H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 37. Verizon Communications (common) | A | Dividend | J | T | | | | | |
| 38. Springfield, MO Water Works Mun. Bond | B | Interest | K | T | | | | | |
| 39. Microsoft Corp. (common) | A | Dividend | J | T | | | | | |
| 40. Oracle Systems (common) | | None | J | T | | | | | |
| 41. Van Kampen Mutual Fund | A | Interest | J | T | Buy | 05/20 | | | |
| 42. Dallas/Ft. Worth Airport Mun. Bond | A | Interest | K | T | Buy | 07/02 | K | | |
| 43. Putnam Investors Fund | A | Interest | J | T | Buy | 12/20 | J | | |

1. Income/Gain Codes:  A = $1,000 or less  B = $1,001-$2,500  C = $2,501-$5,000  D = $5,001-$15,000  E = $15,001-$50,000
(See Columns B1 and D4)  F = $50,001-$100,000  G = $100,001-$1,000,000  H1 = $1,000,001-$5,000,000  H2 = More than $5,000,000
2. Value Codes:  J = $15,000 or less  K = $15,001-$50,000  L = $50,001-$100,000  M = $100,001-$250,000
(See Columns C1 and D3)  N = $250,000-$500,000  O = $500,001-$1,000,000  P1 = $1,000,001-$5,000,000  P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000  P4 = $More than $50,000,000
3. Value Method Codes  Q = Appraisal  R = Cost (Real Estate Only)  S = Assessment  T = Cash/Market
(See Column C2)  U = Book Value  V = Other  W = Estimated

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS (Indicate part of Report.)

NONE.

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | WHIPPLE, HAROLD "DEAN" D | 05/03/2004 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signa                                             Date *May 3, 2004*

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544